UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA

RECEIVED
MAR 28 2016
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS

Jonathan Lee Riches,
Plaintiff

v.    CASE NO.

Donald Trump,
Defendant

EMERGENCY Preliminary Injunction
Temporary Restraining Order
TRO

I, Jonathan Lee Riches © - pro-se - Face Imminent danger & Bodily harm as a U.S. citizen, I support Donald Trump 100%, but I'm scared some evil person will Assassinate him or hurt him Badly, so I seek a restraining order Against him Running for president of the United States. Violent protests are Erupting at his (trump) Rallies, Trump has NO security and someone or a terrorist group is going to hurt him which will Destroy our country. I love Donald trump Like a Brother/Father - He will IN Fact make America great Again, but the RISK is too high - And if someone hurts trump in any way I will be a emotional mess, our Economy will tank, I believe Evil people with nefarious intentions are going to shoot trump, poison him Like Victor Yushenko From Ukraine or if Trump is in his vehicle sniper him like what happened to the late Great JFK.

- Please help trump. I dont think trump realizes himself the danger he is Facing, look just happened to the Russian Airliner in Egypt From criminal ISIS people - this will happen to Trumps private Jet if we dont protect him - Trump needs to suspend his campaign And announce to the U.S. people he no longer is Running For president and pass the Reigns to a more moderate less Firy President Like John McCain. Donald Trump is too contraversal in peoples Eyes - Not mine - I love him - the thought of Donald trump Making our great Nation great Again gives me goosebumps and Happy anxiety - but I did a cost Benefit Analysis and its too Risky. If Donald trump Gets hurt While in office - the United States will Fall in Anarchy -
- So this Court needs to Issue a Restraining order Against Trump Running For president. I am nervous. Donald trump has already left his mark - this court has a obligation to keep this great man alive and safe. I feel Like Paul Revere - Please Your honor- understand what I mean here - All our lives are at Risk if somethingbad happens to this wonderful man trump. God Bless America Forever

I ♥ Respectfully         3/21/16
TRUMP
4 EVER

Jonathan Lee Riches
6432 Rising Sun Ave
Philadelphia, PA 19111