IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

APR 1 9 2016

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| JONATHAN LEE RICHES, | CV 16-00028-BLG-SPW-CSO |
| Plaintiff, | |
| vs. | RECOMMENDATION AND ORDER |
| DONALD TRUMP, | |
| Defendant. | |

Plaintiff Jonathan Lee Riches has submitted a two-page document seeking an emergency preliminary injunction and temporary restraining order to stop Donald Trump from running for president. *ECF 1.* Riches's filing is deficient because he did not submit the filing fee or an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a)(requiring $350.00 filing fee); 28 U.S.C. § 1915 (explaining proceedings in forma pauperis.)

Even had Riches filed a motion to proceed in forma pauperis, the Court would have denied it because Riches has abused the judicial process as set forth in the orders denying his motions to proceed in forma pauperis in *Riches v. Cam Newton*, Civil Action No. 11-cv-09-

1

BLG-RFC-CSO, *ECF 3* and *Romano (a/k/a Riches) v. Kim Kardashian*, Civil Action No. 12-cv-109-M-DLC.

Riches has filed thousands of actions in federal courts throughout the country, most of which have been dismissed as frivolous, malicious, or failing to state a claim upon which relief could be granted. *Id.* Therefore, he is barred from proceeding in forma pauperis unless he can show that he qualifies for the "imminent danger of serious physical injury" exception of 42 U.S.C. § 1915(g). Riches states that he faces imminent danger of bodily harm but provides no facts in support of this statement. His claims are absurd and do not plausibly raise a concern of imminent danger of serious physical injury. The Complaint is another in the series of unquestionably frivolous civil actions Riches has filed in federal courts across the nation.

Based on the foregoing, the Court **RECOMMENDS** that the following Order be issued by Judge Watters.

DATED this 12th day of April, 2016.

_____
Carolyn S. Ostby
United States Magistrate Judge

Based upon the recommendation of Judge Ostby, the Court issues the following:

## ORDER

1. The matter is **DISMISSED**. The Clerk of Court is directed to close the case and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

2. No motions for reconsideration or rehearing will be entertained and the Clerk of Court is directed to discard any such motions.

DATED this 12th day of April, 2016.

SUSAN P. WATTERS
United States District Judge